# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DAVID HARRELL, *individually and on behalf of all others similarly situated*, | Civil Action No.: 3:24-cv-01158-L |
| Plaintiff, | Consolidated Action |
| v. | |
| WEBTPA EMPLOYER SERVICES, LLC; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; and ELEVANCE HEALTH, INC., | |
| Defendants. | |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES PENDING APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs and Defendants hereby jointly provide notice to the Court that the Parties have mediated and reached an agreement in principle on the material terms of a classwide settlement. The Parties intend to file their comprehensive settlement agreement along with Plaintiffs' Motion for Preliminary Approval within 30 days of today, which is on or before February 28, 2025.

In light of the settlement, the Parties respectfully move the Court for an order continuing the stay ordered by the Court on September 30, 2024 (DE# 59), pending the filing of the Plaintiffs' Motion for Preliminary Approval and thereafter a Motion for Final Approval of the settlement.

Should the settlement agreement not receive final approval by the Court, or the stay otherwise be lifted without a settlement, Defendants respectfully request that Defendants' deadline to answer or otherwise respond to Plaintiffs' Consolidated Complaint would be 60 days after an order reopening the case.

Dated: January 29, 2025.                    Respectfully Submitted,

| | |
|---|---|
| */s/ Jeff Ostrow*<br>Jeff Ostrow *(pro hac vice)*<br>**KOPELOWITZ OSTROW P.A.**<br>1 W. Las Olas Blvd., Ste. 500<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 332-4200<br>ostrow@kolawyers.com<br><br>Gary Klinger *(pro hac vice)*<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Telephone: (866) 252-0878<br>gklinger@milberg.com<br><br>*Interim Co-Lead Counsel* | */s/ Blayne Thompson*<br>Blayne Thompson<br>Texas Bar No. 24088525<br>**HOGAN LOVELLS US LLP**<br>609 Main St., Suite 4200<br>Houston, TX 77002<br>Tel: (713) 632-1400<br>Fax: (713) 632-1401<br>blayne.thompson@hoganlovells.com<br><br>Allison Holt Ryan (pro hac vice)<br>Abby Walter Gray (pro hac vice)<br>**HOGAN LOVELLS US LLP**<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br>allison.holt-ryan@hoganlovells.com<br>abby.waltergray@hoganlovells.com<br><br>Hans H. Hertell (pro hac vice)<br>**HOGAN LOVELLS US LLP**<br>600 Brickell Ave., Suite 2700<br>Miami, FL 33131<br>Tel.: (305) 459-6500<br>Fax: (305) 459-6550<br>hans.hertell@hoganlovells.com<br><br>*Counsel for WebTPA Employer Services, LLC;*<br>*Hartford Life and Accident Insurance*<br>*Company;*<br>*Elevance Health, Inc.; and Anthem Blue Cross*<br>*Life*<br>*and Heath Insurance Company* |

## LOCAL RULE 7.1 CERTIFICATION

  I HEREBY CERTIFY that on January 29, 2025, Parties have agreed to the relief requested herein.

            */s/ Jeff Ostrow*
            Jeff Ostrow

## LOCAL RULE 42.1 CERTIFICATION

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record for each party in the above-captioned action via electronic mail on this 29th day of January, 2025.

            */s/ Jeff Ostrow*
            Jeff Ostrow

4906-2165-3780, v. 1