IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID HARRELL, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § § | |
| V. | § § | No. 3:24-cv-1158-L-BN |
| WEBTPA EMPLOYER SERVICES, LLC; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; and ELEVANCE HEALTH, INC., | § § § § § § § § | (Consolidated with: 3:24-cv-1160; 3:24-cv-1164; 3:24-cv-1172; 3:24-cv-1174; 3:24-cv-1179; 3:24-cv-1180; 3:24-cv-1206; 3:24-cv-1210; 3:24-cv-1235; 3:24-cv-1236; 3:24-cv-1242; 3:24-cv-1264; |
| Defendants. | § | 3:24-cv-1322; 3:24-cv-1343) |

## ORDER CONDITIONALLY GRANTING MOTION TO CLARIFY

Only to the extent that the Court allowed Alejandro T. Gonzalez to appear telephonically at the December 2, 2025 final approval hearing and heard Gonzalez's concerns, *see* Dkt. Nos. 90-93, the Court GRANTS Gonzalez's November 26, 2025 motion to clarify [Dkt. No. 88].

SO ORDERED.

DATED: June 9, 2026

_____

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE